# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162209(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BRENT ADAMS and LOU ANN MORGAN,
Personal Representatives of the ESTATE OF
ZACHARY ADAMS,
　　　　　Plaintiffs-Appellants,

v

TRAVERSE CITY LIGHT AND POWER,
　　　　　Defendant-Appellee,
and

TREES, INC.,
　　　　　Defendant.
_____/

MSC: 162209
COA: 341472
Grand Traverse CC:
　2016-031740-NO

　　　　On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer will be accepted as timely filed if submitted on or before January 5, 2021.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020



Clerk